

1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
    BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   SUSAN B. GRAY (CSBN 100374)
    Assistant United States Attorney
5
    450 Golden Gate Avenue, 9th floor
6   San Francisco, CA 94102
    Telephone: 415.436.7324
7   Facsimile: 415.436.6748
    Email: sgray2@usdoj.gov
8
    Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA          **SBA**

12
    UNITED STATES OF AMERICA,           )
13                                       )        No. 07-
                        Plaintiff,       )        **C 07 5472**
14                                       )
               v.                        )   NOTICE OF FORFEITURE ACTION
15                                       )
                                         )
16  $28,567 IN UNITED STATES            )
    CURRENCY, 2003 GMC SIERRA           )
17  2500 HD PICKUP TRUCK                )
    VIN #1GTHC24U43E100192,             )
18  CALIFORNIA LICENSE #7P68138,        )
                                         )
19                      Defendants.      )
    _____)

20
          A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(4) and (6) was filed
21
    on October 26, 2007, in the United States District Court for the Northern District of California by
22
    the United States of America, plaintiff, against the *in rem* defendant properties.
23
          In order to contest forfeiture of the *in rem* defendant properties, any person who asserts an
24
    interest in or right against the property, must file a verified statement identifying the interest or
25
    right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the
26
    Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days
27
    after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.
28

1  Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule

2  12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

3          An agent, bailee or attorney must state the authority to file a statement of interest or right

4  against the property on behalf of another.

5          Statements of interest and answers should be filed with the Office of the Clerk, United

6  States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor,

7  San Francisco, California 94102, and copies should be served on Susan Gray, Assistant United

8  States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

9

10                                      Respectfully submitted,

11                                      SCOTT N. SCHOOLS
                                        United States Attorney

12

13
   Dated: October 25, 2007

14                                      SUSAN B. GRAY
                                        Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Forfeiture Action
C 07-                              2