11.25.07

TO.
CLERK of
CURRT and/or
Rep of Forfeit
Case.

From:
Mike
Hamlin
Main Adult
Detention Facility.
2777 Ventura Dr.
Santa Rosa, CA
95403

FILED
RECEIVED

To Whom it may concern in Office of Clerk — NOV 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May this find you in good health and spirit. I am
writing to assert my interest in a property in ~~~~~~ Forfeit
Action. I am not in the best position to be very professional
so please be patient with me, thank you. I am currently incarcerated
in Sonoma County for approx. 6 more months. I don't know if
it can be postponed or what but I believe I have a claim on
vehicle and/or currency. I believe it's case NO. C 07-5472 SBA

I was a partner in business with a person who took
off with some assets of the company and it seems he may have
some thing that belong to me and/or my old company. The truck
is I believe a 2003 chevy or GMC Lic# 7P68138 and approx. 28 K in cash.
Please let me know what, if anything I can do to claim property.
Have a safe and happy holiday season, god bless what to do right.
Respectfully, MH