Mr. Michael Heglin A-12
WASH Annex Detention Facility
2877 Ventura Avenue
Santa Rosa, CA 95403

(Legal Mail)

NORTH BAY CA 949
28 NOV 2007 PM 2
USA 41

9410 0247 3661 0034

Office of the Clerk
United States District Court
for the Northern District of California
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102