1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 9th floor
6       San Francisco, CA 94102
        Telephone: 415.436.7324
7       Facsimile:  415.436.6748
        Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,            )
14                                      )    No. C 07-5472 SBA
                    Plaintiff,          )
15                                      )
              v.                        )    CERTIFICATE OF SERVICE
16                                      )
                                        )
17 $28,567 IN UNITED STATES CURRENCY,   )
   2003 GMC SIERRA 2500 HD PICKUP TRUCK )
18 VIN #1GTHC24U43E100192, CALIFORNIA   )
   LICENSE #7P68138,                    )
19                                      )
                    Defendants.         )
20 _____)

21       The undersigned hereby certifies that she is an employee in the Office of the United

22 States Attorney for the Northern District of California and is a person of such age and discretion

23 to be competent to serve papers.  The undersigned further certifies that she caused a copy of

24       1.    Government Complaint for Forfeiture;

25       2.    Notice of Forfeiture Action;

26       3.    Warrant of Arrest of Property *In Rem;*

27       4.    Judge Armstrong's Standing Order;

28       5.    Location Guide to Court Offices;

1        6.      Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

2        7.      ADR Dispute Resolution Procedures in the Northern District of California;

3        8.      ECF Registration Information Handout

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

L. Stephen Turer, Esq.  
610 Davis Street  
Santa Rosa, CA 95401  
Attorney for John Melo

Craig Allen  
5710 Eastlake Drive  
Santa Rosa, CA 95409

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

     Executed this 5th day of November, 2007, at San Francisco, California.

                                     /S/  
                              CAROLYN JUSAY  
                              Legal Assistant  
                              Asset Forfeiture Unit