JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:   415.436.6748
    Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) <br>                                      Plaintiff,   ) <br>                                               ) <br>                   v.                        ) <br>                                               ) <br> $28,567 IN UNITED STATES CURRENCY,  ) <br> 2003 GMC SIERRA 2500 HD PICKUP TRUCK) <br> VIN #1GTHC24U43E100192, CALIFORNIA  ) <br> LICENSE #7P68138,                              ) <br>                                               ) <br>                                  Defendants.  ) | No. C 07-5472 SBA <br><br> CERTIFICATE OF SERVICE |

     The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

     1.     Government Complaint for Forfeiture;

     2.     Notice of Forfeiture Action;

     3.     Warrant of Arrest of Property *In Rem;*

     4.     Judge Armstrong's Standing Order;

     5.     Location Guide to Court Offices;

1       6.     Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

2       7.     ADR Dispute Resolution Procedures in the Northern District of California;

3       8.     ECF Registration Information Handout; and

4       9.     United States Case Management State and Motion to Continue CMC

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Craig Anthony Allen
3069 Wiljan Ct., # D
Santa Rosa, CA 95407

Craig Anthony Allen
2667 Silver Stone Lane
Santa Rosa, CA 95407

Craig Anthony Allen
5710 Eastlake Drive
Santa Rosa, CA 95409

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of January, 2008, at San Francisco, California.

                /S/
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

Certificate of Service
C 07-5472 SBA                 2