1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   SUSAN B. GRAY (CSBN 100374)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, 9th floor
6       San Francisco, CA 94102
        Telephone: 415.436.7324
7       Facsimile:  415.436.6748
        Email: susan.b.gray@usdoj.gov
8
    Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13
    UNITED STATES OF AMERICA,           )
14                                       )        No. C 07-5472 SBA
                        Plaintiff,       )
15                                       )
            v.                           )        CERTIFICATE OF SERVICE
16                                       )
                                         )
17  $28,567 IN UNITED STATES CURRENCY,   )
    2003 GMC SIERRA 2500 HD PICKUP TRUCK )
18  VIN #1GTHC24U43E100192, CALIFORNIA   )
    LICENSE #7P68138,                    )
19                                       )
                        Defendants.      )
20  _____ )

21          The undersigned hereby certifies that she is an employee in the Office of the United

22  States Attorney for the Northern District of California and is a person of such age and discretion

23  to be competent to serve papers.  The undersigned further certifies that she caused a copy of

24          •      Clerk's Notice (document #9, e-filed 01/30/08)

25  to be served this date via first class mail delivery upon the person(s) below at the place(s) and

26  address(es) which is/are the last known address(es):

27  Craig Anthony Allen                    Craig Anthony Allen
    3069 Wiljan Ct., # D                   2667 Silver Stone Lane
28  Santa Rosa, CA 95407                   Santa Rosa, CA 95407

Michael Heglin, A129977874               Craig Anthony Allen
Main Adult Detention Facility, ID #86072  5710 Eastlake Drive
2777 Ventura Avenue                       Santa Rosa, CA 95409
Santa Rosa, CA 95403

L. Stephen Turer, Esq.
610 Davis Street
Santa Rosa, CA 95401
Attorney for John Melo

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this __6th__ day of February, 2008, at San Francisco, California.


_____/S/_____
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit