CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Motion to Continue Case Management Conference; [Proposed] Order and Case Management Statement

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Craig Anthony Allen
3069 Wiljan Ct., # D
Santa Rosa, CA 95407

Craig Anthony Allen
2667 Silver Stone Lane
Santa Rosa, CA 95407

Michael Heglin, A129977874
Main Adult Detention Facility, ID #86072
2777 Ventura Avenue
Santa Rosa, CA 95403

Craig Anthony Allen
5710 Eastlake Drive
Santa Rosa, CA 95409

L. Stephen Turer, Esq.
610 Davis Street
Santa Rosa, CA 95401
Attorney for John Melo

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  15th  day of April, 2008, at San Francisco, California.

                                  /S/
                            CAROLYN JUSAY
                            Legal Assistant
                            Asset Forfeiture Unit