IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>      Plaintiff,<br>   v.<br><br>$28,567 IN US CURRENCY, et al.,<br><br>      Defendant,<br>_____/ | NO. CV 07-05472 SBA<br><br>**CLERK'S NOTICE RE DEFICIENCY** |

Please be advised that on **04/15/08,** the incorrect docket event was used by counsel **MOTION to Continue Case Management Conference ; [Proposed] Order [13].**

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 04/16/2008                                   /s/
                                                           Jessie Mosley
                                                           510-637-3536
                                                           Case Systems Administrator

**United States District Court**
For the Northern District of California