**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  C 07-05472 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 9, 13] |
| $28,567 IN UNITED STATES CURRENCY, *et al.*, | |
| Defendants. | |

The Case Management Conference set for April 23, 2008, at 2:45 p.m., *see* Docket No. 8, is CONTINUED to May 28, 2008, at 3:15 p.m.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of The Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

April  17 , 2008

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge