JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:   415.436.6748
    Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>v.<br><br>$28,567 IN UNITED STATES CURRENCY,<br>2003 GMC SIERRA 2500 HD PICKUP TRUCK<br>VIN #1GTHC24U43E100192, CALIFORNIA<br>LICENSE #7P68138,<br>                Defendants. | No. C 07-5472 SBA<br><br>CERTIFICATE OF SERVICE |

      The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

      1.     Government Complaint for Forfeiture;

      2.     Notice of Forfeiture Action;

      3.     Warrant of Arrest of Property *In Rem;*

      4.     Judge Armstrong's Standing Order;

      5.     Location Guide to Court Offices;

1        6.     ADR Dispute Resolution Procedures in the Northern District of California;

2        7.     ECF Registration Information Handout; and

3        8.     Order Re: Case Management Conference (e-filed 04/17/08)

4 to be served this date via certified mail delivery upon the person(s) below at the place(s) and

5 address(es) which is/are the last known address(es):

6
7 Michael R. Heglin
Churchill County Jail
73 Maine Street
8 Fallon, Nevada 89406

9
10      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

11      Executed this 19th day of May, 2008, at San Francisco, California.

12

13
14                                      /S/
                             CAROLYN JUSAY
                             Legal Assistant
15                              Asset Forfeiture Unit

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service
C 07-5472 SBA                            2