1    JOSEPH P. RUSSONIELLO (44332)
     United States Attorney

2

3    BRIAN J. STRETCH (CSBN 163937)
     Chief, Criminal Division

4    SUSAN B. GRAY (CSBN 100374)
     Assistant United States Attorney

5

6        450 Golden Gate Avenue, Box 36055
         San Francisco, CA 94102

7        Telephone: (415) 436-7324
         Facsimile: (415) 436-6748

8        email: susan.b.gray@usdoj.gov

9    Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12   UNITED STATES OF AMERICA,              )    **No.** C 07-5472 SBA
                                            )
13                     Plaintiff,           )    *EX PARTE* REQUEST TO
                                            )    CONTINUE CASE MANAGEMENT
14          v.                              )    CONFERENCE; [PROPOSED]
                                            )    ORDER
15   $28,567  IN UNITED STATES CURRENCY,    )
     2003 GMC SIERRA 2500 HD PICKUP         )
16   TRUCK VIN# 1GTHC24U43E100192,          )
     CALIFORNIA LICENSE #7P68138            )
17                                          )
                       Defendants.          )
18   _____)

19        The United States submits this *ex parte* Request to Continue Case Management Conference

20   because no one has filed a claim or answer as required by Rule G of the Supplemental Rules for

21   Admiralty or Maritime Claims and Asset Forfeiture Actions.  Therefore, there is no party with

22   whom the United States can file a joint Case Management Statement or a stipulated request to

23   continue the Case Management Conference.  For the reasons set forth below  the United States

24   moves to continue the Case Management Conference from May 28, 2008, at 3:45 p.m. to July 30,

25   2008 at 3:00 p.m. or until such time as is convenient for the Court.

26   **A. STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION**

27        This is a judicial forfeiture action, as authorized by 21 U.S.C. § 881(a)(4) and (6),

28   involving the seizure of defendants: 1) approximately $28,567 in United States Currency, which

was seized as money furnished or intended to be furnished by a person in exchange for a controlled substance, or money traceable to such an exchange, or money used or intended to be used to facilitate a violation of Subchapter I, Chapter 13 of Title 21 United States Code, and 2) a 2003 GMC pick, which was seized as a conveyance used or intended for use to transport, or in any manner facilitate the transportation, sale, receipt, possession, or concealment of controlled substances.  The defendants were seized during the arrest of John Melo ("Melo) and the execution of a search warrant on Melo's residence.  Melo is currently facing felony drug charges in state court stemming from his involvement in a scheme to distribute cocaine and methamphetamine.

The GMC pickup is titled to Craig Allen, who does not appear to be involved in the drug trafficking.  However, Melo was seen using the truck during the drug trafficking scheme and Melo claimed to own the truck in a post arrest statement.

Mike Heglin was unknown to the United States until January 28, 2008, when counsel checked the docket sheet in this case and found his November 25, 2007, letter filed with the court.  In the letter, Mike Heglin, states that he has an interest in the defendant GMC pickup.  He also mentions the defendant currency.  Despite his apparent notice of the pending civil forfeiture action, Heglin did not follow up on his initial letter and file an answer as required by Supplemental Rule G(5)(b).  Hence, there are no claimants before the court.

The civil forfeiture complaint was filed on October 26, 2008.  Melo was served on or about November 6, 2007, at the offices of his attorney L. Stephen Turer, Esq., 610 Davis Street, Santa Rosa, California via Certified Mail.  Service was attempted on Craig Allen on or about November 6, 2007, at 5710 Eastlake Drive via Certified Mail.  However, it is not clear from the signature card returned after the service that Craig Allen was actually at the address. Another individual apparently signed the return receipt for Certified Mail.  Accordingly, the United States sought to personally serve Craig Allen through the United State Marshals.  To date they have been unable to locate Mr. Allen. However, notice of forfeiture was published on November 21, 2007.

As noted above, the United States first learned of a possible third party's involvement with

the defendant GMC pickup truck or currency on January 28, 2008, when counsel checked the docket sheet for this case and discovered Heglin's letter to the Clerk of Court. The United States had never been served with the letter, nor did Heglin's name appear on title to the GMC pickup or during the course of the investigation. Given this new development, the United States  sought to serve Heglin with the complaint and all other documents in the case at his known place of incarceration. However, counsel for the United States was recently notified that Mr. Heglin had been transferred to a correctional facility in Fallon, Nevada. On May 19, 2008, the United States sent a copy of the complaint and supporting documents to Heglin at the Nevada correctional facility. However, the United States' position is that Heglin's letter of November 25, 2007,  indicates that he received notice of the pending civil lawsuit, but he has failed to perfect his claim by filing a claim and answer as required by Supplemental Rule G.

The United States has spoken with Melo's attorney, Stephen Turer, who indicated Melo will not be filing a claim in this action. On March 27, 2008, Melo and his attorney waived all claims to the defendant funds and currency. Given Allen and Heglin's failure to file a claim and answer, the United States anticipates that it will file a motion for default judgment as to the currency and truck within 60 days.

As noted above, no one has filed a claim or answer in this case.  At this point the United States will seek default judgement for both assets within the next 60 days. Given the current posture of this case, the United States requests that the telephonic Case Management Conference

//
//
//
//
//
//
//
//
//

currently scheduled for May 28, 2008, at 3:34 p.m. be continued to July 30, 2008, at 3 p.m. or at such time as is convenient for the Court.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:    May19, 2008                              Respectfully submitted,


_____/S/_____
Susan B. Gray
Assistant United States Attorney

Based upon the foregoing, and GOOD CAUSE APPEARING, the Case Management Conference in the above entitled case is continued from May 28, 2008, at 3:45 p.m. to July 30, 2008, at ____p.m.


IT IS SO ORDERED.

_____
SANDRA BROWN ARMSTRONG
United States District Judge

1

<u>CERTIFICATE OF SERVICE</u>

2    The undersigned hereby certifies that she is an employee in the Office of the United States

3    Attorney for the Northern District of California and is a person of such age and discretion to be

4    competent to serve papers.  The undersigned further certifies that she caused a copy of

5    •    Ex Parte Request to Continue Case Management Conference; [Proposed] Order

6    to be served this date via first class mail delivery upon the person(s) below at the place(s) and

7    address(es) which is/are the last known address(es):

8
9    Craig Anthony Allen                    Craig Anthony Allen
     3069 Wiljan Ct., # D                   2667 Silver Stone Lane
     Santa Rosa, CA 95407                   Santa Rosa, CA 95407

10   Michael R. Heglin                      Craig Anthony Allen
11   Churchill County Jail                  5710 Eastlake Drive
     73 Maine Street                        Santa Rosa, CA 95409
     Fallon, Nevada 89406
12
     L. Stephen Turer, Esq.
13   610 Davis Street
14   Santa Rosa, CA 95401
     Attorney for John Melo

15

16   I declare under penalty of perjury under the laws of the United States of America that the

17   foregoing is true and correct to the best of my knowledge.

18   Executed this   19th  day of May, 2008, at San Francisco, California.

19

20   _____
                    /S/
21   CAROLYN JUSAY
     Legal Assistant
     Asset Forfeiture Unit

22

23

24

25

26

27

28