JOSEPH P. RUSSONIELLO (44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163937)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7324
Facsimile: (415) 436-6748
email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>$28,567 IN UNITED STATES CURRENCY,<br>2003 GMC SIERRA 2500 HD PICKUP<br>TRUCK VIN# 1GTHC24U43E100192,<br>CALIFORNIA LICENSE #7P68138<br><br>　　　　　　　Defendants. | **No.** C 07-5472 SBA<br><br>*EX PARTE* REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |

The United States submits this *ex parte* Request to Continue Case Management Conference because no one has filed a claim or answer as required by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Therefore, there is no party with whom the United States can file a joint Case Management Statement or a stipulated request to continue the Case Management Conference. For the reasons set forth below the United States moves to continue the Case Management Conference from May 28, 2008, at 3:45 p.m. to July 30, 2008 at 3:00 p.m. or until such time as is convenient for the Court.

**A. STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION**

This is a judicial forfeiture action, as authorized by 21 U.S.C. § 881(a)(4) and (6), involving the seizure of defendants: 1) approximately $28,567 in United States Currency, which

was seized as money furnished or intended to be furnished by a person in exchange for a controlled substance, or money traceable to such an exchange, or money used or intended to be used to facilitate a violation of Subchapter I, Chapter 13 of Title 21 United States Code, and 2) a 2003 GMC pick, which was seized as a conveyance used or intended for use to transport, or in any manner facilitate the transportation, sale, receipt, possession, or concealment of controlled substances.  The defendants were seized during the arrest of John Melo ("Melo) and the execution of a search warrant on Melo's residence.  Melo is currently facing felony drug charges in state court stemming from his involvement in a scheme to distribute cocaine and methamphetamine.

The GMC pickup is titled to Craig Allen, who does not appear to be involved in the drug trafficking.  However, Melo was seen using the truck during the drug trafficking scheme and Melo claimed to own the truck in a post arrest statement.

Mike Heglin was unknown to the United States until January 28, 2008, when counsel checked the docket sheet in this case and found his November 25, 2007, letter filed with the court.  In the letter, Mike Heglin, states that he has an interest in the defendant GMC pickup.  He also mentions the defendant currency.  Despite his apparent notice of the pending civil forfeiture action, Heglin did not follow up on his initial letter and file an answer as required by Supplemental Rule G(5)(b).  Hence, there are no claimants before the court.

The civil forfeiture complaint was filed on October 26, 2008.  Melo was served on or about November 6, 2007, at the offices of his attorney L. Stephen Turer, Esq., 610 Davis Street, Santa Rosa, California via Certified Mail.  Service was attempted on Craig Allen on or about November 6, 2007, at 5710 Eastlake Drive via Certified Mail.  However, it is not clear from the signature card returned after the service that Craig Allen was actually at the address. Another individual apparently signed the return receipt for Certified Mail.  Accordingly, the United States sought to personally serve Craig Allen through the United State Marshals.  To date they have been unable to locate Mr. Allen. However, notice of forfeiture was published on November 21, 2007.

As noted above, the United States first learned of a possible third party's involvement with

1 the defendant GMC pickup truck or currency on January 28, 2008, when counsel checked the
2 docket sheet for this case and discovered Heglin's letter to the Clerk of Court. The United States
3 had never been served with the letter, nor did Heglin's name appear on title to the GMC pickup
4 or during the course of the investigation. Given this new development, the United States sought
5 to serve Heglin with the complaint and all other documents in the case at his known place of
6 incarceration. However, counsel for the United States was recently notified that Mr. Heglin had
7 been transferred to a correctional facility in Fallon, Nevada. On May 19, 2008, the United States
8 sent a copy of the complaint and supporting documents to Heglin at the Nevada
9 correctional facility. However, the United States' position is that Heglin's letter of November 25,
10 2007, indicates that he received notice of the pending civil lawsuit, but he has failed to perfect
11 his claim by filing a claim and answer as required by Supplemental Rule G.
12     The United States has spoken with Melo's attorney, Stephen Turer, who indicated Melo
13 will not be filing a claim in this action. On March 27, 2008, Melo and his attorney waived all
14 claims to the defendant funds and currency. Given Allen and Heglin's failure to file a claim and
15 answer, the United States anticipates that it will file a motion for default judgment as to the
16 currency and truck within 60 days.
17     As noted above, no one has filed a claim or answer in this case. At this point the United
18 States will seek default judgement for both assets within the next 60 days. Given the current
19 posture of this case, the United States requests that the telephonic Case Management Conference
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  currently scheduled for May 28, 2008, at 3:34 p.m. be continued to July 30, 2008, at 3 p.m. or at
2  such time as is convenient for the Court.

3                                                  Respectfully submitted,

4                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney

5  Dated:    May19, 2008                           Respectfully submitted,


                                                   _____/S/_____
                                                   Susan B. Gray
                                                   Assistant United States Attorney

Based upon the foregoing, and GOOD CAUSE APPEARING, the Case Management Conference in the above entitled case is continued from May 28, 2008, at 3:45 p.m. to July 30, 2008, at 3:00 p.m.

IT IS SO ORDERED. 5/20/08

                                                   _____
                                                   SANDRA BROWN ARMSTRONG
                                                   United States District Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Ex Parte Request to Continue Case Management Conference; [Proposed] Order

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Craig Anthony Allen
3069 Wiljan Ct., # D
Santa Rosa, CA 95407

Craig Anthony Allen
2667 Silver Stone Lane
Santa Rosa, CA 95407

Michael R. Heglin
Churchill County Jail
73 Maine Street
Fallon, Nevada 89406

Craig Anthony Allen
5710 Eastlake Drive
Santa Rosa, CA 95409

L. Stephen Turer, Esq.
610 Davis Street
Santa Rosa, CA 95401
Attorney for John Melo

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  19th  day of May, 2008, at San Francisco, California.


                /S/
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit