```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  SUSAN B. GRAY (CSBN 100374)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, CA 94102
       Telephone: (415) 436-7324
 7     Facsimile: (415) 436-6748
       email:    susan.b.gray@usdoj.gov
 8
    Attorneys for Plaintiff
 9
                              UNITED STATES DISTRICT COURT
10
                           NORTHERN DISTRICT OF CALIFORNIA
11
                                    OAKLAND DIVISION
12
13  UNITED STATES OF AMERICA,            )   No.  C 07-5472 SBA
                                         )
14                  Plaintiff,           )
                                         )
15          v.                           )   PROOF OF PUBLICATION
                                         )
16                                       )
    $28,567 IN UNITED STATES CURRENCY,   )
17  2003 GMC SIERRA 2500 HD PICKUP       )
    TRUCK VIN #1GTHC24U43E100192,        )
18  CALIFORNIA LICENSE #7P68138,         )
                                         )
19                  Defendants.          )
                                         )
20
21          The United States hereby submits the attached Proof of Publication by The Press
22  Democrat in Sonoma County.
23
                                             Respectfully submitted,
24
                                             JOSEPH P. RUSSONIELLO
25                                           United States Attorney
26
                                             [signature]
27  Dated: February 21, 2008               SUSAN B, GRAY
                                           Assistant United States Attorney
28
```

PROOF OF PUBLICATION

(2015.5 C.C.P.)

STATE OF CALIFORNIA

County of Sonoma

I am a citizen of the United States and a resident of the county aforesaid: I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of The Press Democrat, a newspaper of general circulation, printed and published DAILY IN THE City of Santa Rosa, County of Sonoma; and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Sonoma, State of California, under the date of November 29, 1951, Case number 34831, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates to wit:

The Press Democrat
11/21 1x, s11/28 1x - 11/28/2007

I certify (or declare) under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated at Santa Rosa, California, on

11/28/2007

*Roxanne Nissan* (signature)

SIGNATURE

*A000000350685*

---

This space for County Clerk's Filing Stamp

Proof of Publication of

07 DEC 10 AM 9:50
NORTHERN DISTRICT OF CALIFORNIA
RECEIVED

**NOTICE OF FORFEITURE ACTION**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA, Plaintiff, v. $28,567 IN UNITED STATES CURRENCY, 2003 GMC SIERRA 2500 HD PICKUP TRUCK VIN#1GTHC24U43E100192, CALIFORNIA LICENSE #7P68138, Defendants.
No. C 07-5472 SBA
NOTICE OF FORFEITURE ACTION
A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(4) and (6) was filed on October 26, 2007, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant properties.
In order to contest forfeiture of the in rem defendant properties, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.
Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.
Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102,

Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.
Dated: October 25, 2007
Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney
SUSAN B. GRAY
Assistant United States Attorney
11/21/07
CNS-1233829#
2211612 - Pub. Nov. 21, 2007 1t