JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163937)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7324
    Facsimile: (415) 436-6748
    email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-5472 SBA |
| Plaintiff, | REQUEST FOR THE CLERK TO ENTER A DEFAULT |
| v. | |
| $28,567 IN UNITED STATES CURRENCY, 2003 GMC SIERRA 2500 HD PICKUP TRUCK VIN# 1GTHC24U43E100192, CALIFORNIA LICENSE #7P68138 | |
| Defendants. | |

The United States of America, through its undersigned counsel, respectfully requests the

Clerk to enter a default in this case pursuant to Rule 55(a), Federal Rules of Civil Procedure, and

Rules 6-1 and 6-2, Admiralty Local Rules, on the basis that proper notice has been given, and

that the no timely claim has been filed for defendant $72,000 in United States Currency.

**I.  Background**

On October 26, 2007, the United States filed this action to obtain the forfeiture of 1)

approximately $28,567 in United States Currency, which was seized as money furnished or

intended to be furnished by a person in exchange for a controlled substance, or money traceable

to such an exchange, or money used or intended to be used to facilitate a violation of Subchapter

1   I, Chapter 13 of Title 21 United States Code, and 2) a 2003 GMC pick, which was seized as a

2   conveyance used or intended for use to transport, or in any manner facilitate the transportation,

3   sale, receipt, possession, or concealment of controlled substances.

4       On November 5, 2007, the United States gave notice of the forfeiture action to parties who

5   might have an interest by serving L. Stephen Turer, Esq. and Craig Allen, at their last known

6   addresses. *See* Certificate of Service, filed January 22, 2008, docket #7.  Craig Allen was again

7   given notice of the forfeiture action at addresses subsequently discovered by the United States.

8   *See* Certificate of Service, filed January February 6, 2008, docket #11.   The United States

9   published notice of this action in The Press Democrat, a newspaper of general circulation, on

10  November 21 and 28, 2007.  *See* Proof of Publication, docket #23.  On January 28, 2008, counsel

11  for plaintiff checked the docket sheet and discovered a letter dated November 25, 2007 filed by

12  Mike Heglin.  Prior to this date.  Mike Heglin was unknown to the United States. Thereafter, the

13  United States gave notice of this forfeiture action to Mr. Heglin.  *See* Certificate of Service, filed

14  May 19, 2008, docket #18.  Despite said service, Mr. Heglin filed neither a claim or answer to

15  the Complaint.  To date, no one has filed a claim to the above-captioned defendant funds or an

16  answer to the Complaint for Forfeiture.  *See,* docket sheet.

17  **II.     Request for Entry of A Default**

18      The United States gave direct notice by service of the Complaint for Forfeiture and related

19  documents to persons known to have an interest as required by Rule G(4)(b), Supplemental Rules

20  for Admiralty or Maritime Claims and Asset Forfeiture Actions.  The United States also provided

21  notice by publication as required by Rule G(4)(a)(iv)(C), Supplemental Rules for Admiralty or

22  Maritime Claims and Asset Forfeiture Actions.

23      In order to appear and defend property named as a defendant in a civil forfeiture action, an

24  individual must file a claim within 35 days after notice of the action.  Rule G(5)(ii)(A) and

25  (4)(b)(ii)(A), Supplement Rules of Certain Admiralty and Maritime Procedures.  Otherwise, an

26  individual asserting an interest in defendant property who did not receive direct notice must file a

27  claim not later than 30 days after final publication in a newspaper or not later than 60 days after

28  the first date of publication on an official internet government forfeiture site.  Rule G(5)(ii)(B).

After filing a timely claim, an individual seeking to defend the property in a forfeiture action has an additional 20 days to file an answer.  Rule G(5).

In this case, no person has filed a claim or answer within the time limits.  Therefore, no one has asserted the right to defend defendant funds.  Accordingly, the United States requests the Clerk to enter a default.  Upon entry of a default, the United States will move for a default judgment.

Dated: 9/5/08                             JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                          _____/S/_____
                                          SUSAN B. GRAY
                                          Assistant United States Attorney

1

<u>CERTIFICATE OF SERVICE</u>

2

        The undersigned hereby certifies that she is an employee in the Office of the United

3

States Attorney for the Northern District of California and is a person of such age and discretion

4

to be competent to serve papers.  The undersigned further certifies that she caused a copy of

5

        REQUEST FOR THE CLERK TO ENTER A DEFAULT

6

to be served this date via U.S. mail delivery upon the person(s) below at the place(s) and

7

address(es) which is/are the last known address(es):

8

9
Michael R. Heglin                          Craig Anthony Allen
Churchill County Jail                      2667 Silver Stone Lane
73 Maine Street                            Santa Rosa, CA 95407
Fallon, Nevada 89406

10

11
L. Stephen Turer, Esq.
610 Davis Street
Santa Rosa, CA 95401

12

13

        I declare under penalty of perjury under the laws of the United States of America that the

14

foregoing is true and correct to the best of my knowledge.

15

        Executed this <u>5th</u>  day of September, 2008, at San Francisco, California.

16

17
                        _____/S/_____

                        ALICIA CHIN

18
                        Paralegal/ Asset Forfeiture Unit

19

20

21

22

23

24

25

26

27

28