1  JOSEPH P. RUSSONIELLO (44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163937)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-7324
7      Facsimile: (415) 436-7234
       email: susan.b.gray@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,           )    **No.** C 07-5472 SBA
                                        )
13                  Plaintiff,          )    MOTION TO CONTINUE TO CASE
                                        )    MANAGEMENT CONFERENCE;
14        v.                            )    [PROPOSED] ORDER AND CASE
                                        )    MANAGEMENT STATEMENT
15  $28,567 IN UNITED STATES CURRENCY,  )
    2003 GMC SIERRA 2500 HD PICKUP      )
16  TRUCK VIN# 1GTHC24U43E100192,       )
    CALIFORNIA LICENSE #7P68138         )
17                                      )
                    Defendants.         )
18  _____  )

19       The United States submits this Motion to Continue Case Management Conference and Case

20  Management Statement. Because no one has filed a claim or answer as required by Rule G of the

21  Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions

22  ("Supplemental Rule G"), there is no party with whom the United States can file a joint Case

23  Management Statement or a stipulated request to continue the Case Management Conference.

24  On September 5, 2008, the United States moved the Clerk for Entry of Default Judgement. For

25  the reasons set forth below the United States moves to continue the Case Management

26  Conference for approximately 64 days, from September 18, 2008, to November 20, or such other

27  date as is convenient for the Court. The United States anticipates a Default Judgement will be

28  entered and the case closed prior to that date. Thus, a continuance will result in a saving of

1 | judicial time and resources.

2 | **A. STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION**

This is a judicial forfeiture action, as authorized by 21 U.S.C. § 881(a)(4) and (6), involving the seizure of defendants: 1) approximately $28,567 in United States Currency, which was seized as money furnished or intended to be furnished by a person in exchange for a controlled substance, or money traceable to such an exchange, or money used or intended to be used to facilitate a violation of Subchapter I, Chapter 13 of Title 21 United States Code, and 2) a 2003 GMC pick, which was seized as a conveyance used or intended for use to transport, or in any manner facilitate the transportation, sale, receipt, possession, or concealment of controlled substances. The defendants were seized during the arrest of John Melo ("Melo) and the execution of a search warrant on Melo's residence. Melo is currently facing felony drug charges in state court stemming from his involvement in a scheme to distribute cocaine and methamphetamine. He has never appeared in any way in this case.

The GMC pickup is titled to Craig Allen, who does not appear to be involved in the drug trafficking. However, Melo was seen using the truck during the drug trafficking scheme and Melo claimed to own the truck in a post arrest statement. Craig Allen has never appeared in any way in this case.

Mike Heglin was unknown to the United States until January 28, 2008, when counsel checked the docket sheet in this case and found his November 25, 2007, letter filed with the court. In the letter, Mike Heglin, stated that he has an interest in the defendant GMC pickup. He also mentioned the defendant currency. From the letter, it appeared that Mike Heglin was incarcerated in the Santa Rosa Detention Facility. He was later transferred to a prison in Fallon, Neveda, where he was served. He has never filed a verified claim or answer as required by Supplemental Rule G.

Both the currency and truck are in the custody of the United States Marshals Service.

**B. PRINCIPAL ISSUES**

**1. The principal factual issues that the parties dispute are:**

**2. The principal legal issues that the parties dispute are**:

1  No one has submitted a timely claim or answer and therefore no factual or legal issues have
2  been joined.
3  **3. The following issues as to service of process, personal jurisdiction, subject matter**
4  **jurisdiction, or venue remain unresolved.**
5  None.
6  **4. The following parties have not yet been served:**
7  See above.
8  **5. Any additional parties that a party intends to join are listed below:**
9  None.
10  **6. Any additional claims that a party intends to add are listed below:**
11  None.
12  **C. ALTERNATIVE DISPUTE RESOLUTION**
13  Not applicable at this time.
14  **D. CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE**
15  Not applicable at this time.
16  **E. DISCLOSURES**
17  Forfeiture actions are exempt from the initial disclosures required in Rule 26, Federal Rules
18  of Civil Procedure.
19  **F. EARLY FILING OF MOTIONS**
20  The United States has spoken with Melo's attorney, Stephen Turer, who indicated Melo will
21  not be filing a claim in this action. On March 27, 2008, Melo and his attorney signed a
22  stipulation letter in which he waived all claims to the defendant funds and currency. In addition,
23  given Allen and Heglin's failure to file a claim and answer, the United States filed a request for
24  the Clerk to Enter Default.  If the request for Entry of Default is granted, the United States will
25  file a Motion for Entry of Default with this Court.  If that motion is granted, the defendant assets
26  will be forfeited and the case can be closed.
27  **G. DISCOVERY**
28  Not applicable at this time.

**H. PRETRIAL AND TRIAL SCHEDULE**

   Not applicable at this time.

**I. DATE OF NEXT CASE MANAGEMENT/STATUS CONFERENCE**_____

**J. IDENTIFICATION AND SIGNATURE OF LEAD TRIAL COUNSEL**

Susan B. Gray
Assistant United States Attorney
Asset Forfeiture Unit
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
415 436 7324

No one has submitted a claim or answer for any claimant to the defendant funds.

**K. OTHER MATTERS/REQUEST TO CONTINUE**

   As noted above, no one has filed a claim or answer in this case. Given the current posture of this case, the United States requests that the telephonic Case Management Conference be continued for approximately 64 days to November 20, 2008, or such other date as is convenient for the Court, to allow time for the Clerk to Enter the Default and the United States thereafter to file a Motion for Default Judgement.

                                        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

Dated:_9/5/08_____        _____/S/_____
                                         SUSAN B. GRAY
                                         Assistant United States Attorney

   Based upon the foregoing, and GOOD CAUSE APPEARING, the Case Management Conference in the above entitled case is continued from September 18, 2008, at 3:00 p.m. to _____, 2008, at ___p.m.

IT IS SO ORDERED.

                                         _____
                                         SANDRA BROWN ARMSTRONG
                                         United States District Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- MOTION TO CONTINUE TO CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER AND CASE MANAGEMENT STATEMENT

to be served this date via U.S. mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Michael R. Heglin
Churchill County Jail
73 Maine Street
Fallon, Nevada 89406

Craig Anthony Allen
2667 Silver Stone Lane
Santa Rosa, CA 95407

L. Stephen Turer, Esq.
610 Davis Street
Santa Rosa, CA 95401

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of September, 2008, at San Francisco, California.

　　　　　　　　　　/S/
　　　　　　　　ALICIA CHIN
　　　　　　　　Paralegal/ Asset Forfeiture Unit