**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street, Suite 400 South
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3536

September 10, 2008

RE:  CV 07-05472 SBA        USA-v- $28,567 IN US CURRENCY, et al.

Default is entered as to **Defendants: $28,567 in United States Currency and 2003 GMC Sierra 2500 HD Pickup Truck Vin# 1GTHC24U43E100192** on **09/10/2008.**

RICHARD W. WIEKING, Clerk

by *(signature)*
Jessie Mosley
Case Systems Administrator

NDC TR-4  Rev. 3/89