JOSEPH P. RUSSONIELLO (CSBN 44332 )
United States Attorney

BRIAN J, STRETCH (CSBN 138549)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7324
   Facsimile:  (415) 436-7234
   email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|                                                ) | **No. C 07-5472 SBA** |
|                 Plaintiff,    ) | |
|                                              ) | |
|                v.                        ) | **DEFAULT JUDGMENT ORDER** |
|                                            ) | |
| $28,567  IN UNITED STATES CURRENCY, ) | |
| 2003 GMC SIERRA 2500 HD PICKUP  ) | |
| TRUCK VIN# 1GTHC24U43E100192,   ) | |
| CALIFORNIA LICENSE #7P68138,       ) | |
|                                              ) | |
|                 Defendants.    ) | |

      UPON CONSIDERATION of the motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice to parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, and that (2) no claim has been filed for defendant $28,567 in United States Currency (hereinafter "defendant currency") and 2003 GMC Sierra 2500 HD Pickup Truck (hereinafter "defendant vehicle")  it is by the Court on this <u>10th</u> day of <u>December</u> , 2008,

      ORDERED, ADJUDGED AND DECREED that a default judgment be and hereby is entered for the United States against the defendant currency and defendant vehicle, and it is

1    FURTHER ORDERED, ADJUDGED AND DECREED that defendant currency and
2 defendant vehicle be and hereby are forfeited to the United States, pursuant to 21
3 U.S.C.§ 881(a)(4) and (6), and that all right, title and interest in said property be and hereby is
4 vested in the United States of America; and it is
5    FURTHER ORDERED that the United States Marshals Service shall dispose of the
6 forfeited defendant property according to law.

7 12/10/08                                         *Saundra B Armstrong*
8                                         HONORABLE SAUNDRA B. ARMSTRONG
                                          United States District Judge

Default Judgment
No.07-5472 SBA                           2